USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S. and K.C., individually and on behalf of a child, K.S.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26 Civ. 3870 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' status report. *See* ECF No. 16. The Case Management Conference scheduled for September 15, 2026, is hereby adjourned to **November 23, 2026**, at **10:00 a.m.** to allow the parties to continue settlement negotiations. By **November 16, 2026**, the parties shall submit a status report to the Court.

SO ORDERED.

Dated: September 10, 2026
New York, New York

ANALISA TORRES
United States District Judge