USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S. and K.C., individually and on behalf of a child, K.S.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26 Civ. 3870 (AT) (RWL)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

The Court has been advised that all claims asserted herein have been settled. ECF No. 18. Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order.

The parties have submitted a stipulation and order of dismissal which proposes that the Court retain enforcement jurisdiction. Pursuant to Rule IV(c) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction, the parties shall place the terms of their settlement agreement on the public record. By **November 30, 2026**, the parties may either provide a copy of the agreement for the Court to endorse or include the terms of their agreement in their stipulation of settlement and dismissal.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: November 9, 2026
New York, New York

ANALISA TORRES
United States District Judge