USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S. and K.C., individually and on behalf of a child, K.S.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26 Civ. 3870 (AT) (RWL)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

The parties have submitted a stipulation and order of dismissal which proposes that the Court retain enforcement jurisdiction. *See* ECF No. 18. The Court has reviewed the terms of the parties' settlement agreement, ECF No. 18-1, as required by Rule IV(C) of the undersigned's Individual Practices in Civil Cases. *See* ECF No. 19. The Court declines to retain enforcement jurisdiction unless the parties refile the stipulation and limit the retention of jurisdiction to not more than one year.

SO ORDERED.

Dated: November 10, 2026
New York, New York

ANALISA TORRES
United States District Judge